**BB&T**

Branch Banking and Trust Company

Special Assets
P.O. Box 1847
Wilson, NC 27894
(252) 296-7171

August 11, 2016

Clerk of the Bankruptcy Court
Eastern District of Pennsylvania

Re:  Debtors:           Victor Sorial
     Bankruptcy Case:   No. 13-14569
     BB&T Acct#:        1971  (1801 for National Penn)
     Claim #:           2 filed 9/30/2013

Dear Clerk of the Bankruptcy Court:

Please change the address for National Penn on this claim to C/O: BB&T Bankruptcy, PO Box 1847, Wilson, NC 27894.

Thank you for your assistance.

Sincerely,

Kendra D. Moore
Special Assets Bankruptcy Officer
252-296-7203