UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Victor Sorial, | : | Bankruptcy 13-14569 |
| | : | |
| Debtor. | : | Chapter 13 |

ORDER

AND NOW, in consideration of the Objection to Proof of Claim of the Debtor and Notice of Objection and Notice of Hearing having been duly sent to the Creditor by Barton Knochenmus, Esq., counsel for Debtor, and the Court having heard from all parties wishing to be heard on this matter, it is hereby

ORDERED AND DECREED that Claim No. 5-2 filed July 24, 2015 by Wilmington Savings Fund Society FSB, subsequently transferred to Shellpointe Mortgage Servicing, in the amount of $141,753.68 in this Proceeding, be, and is hereby, stricken in it's entirety.

_____
Richard E Fehling
United States Bankruptcy Judge

Date: __Sept 29__, 2016