United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 13-14569-ref
Victor Sorial                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen             Page 1 of 1                  Date Rcvd: Sep 29, 2016
                              Form ID: pdf900            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db              Victor Sorial,    3018-3024 Fairbanks Street,    Allentown, PA  18103-7028
13753893        Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
13526613       +Wilmington Savings Fund Society, FSB, Et. al..,    500 Delaware Avenue 11th Floor,
                 Wilimington, Delaware 19801-7405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
              BARTON KNOCHENMUS    on behalf of Debtor Victor  Sorial knochenmuslaw@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Victor Sorial, | : | Bankruptcy 13-14569 |
| | : | |
| Debtor. | : | Chapter 13 |

## ORDER

AND NOW, in consideration of the Objection to Proof of Claim of the Debtor and Notice of Objection and Notice of Hearing having been duly sent to the Creditor by Barton Knochenmus, Esq., counsel for Debtor, and the Court having heard from all parties wishing to be heard on this matter, it is hereby

ORDERED AND DECREED that Claim No. 5-2 filed July 24, 2015 by Wilmington Savings Fund Society FSB, subsequently transferred to Shellpointe Mortgage Servicing, in the amount of $141,753.68 in this Proceeding, be, and is hereby, stricken in it's entirety.

_____
Richard E Fehling
United States Bankruptcy Judge

Date: Sept 29, 2016