**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Victor Sorial                              | CHAPTER 13
         Debtor(s)                   |
                                              | BKY. NO. 13-14569 REF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ORE)

                                 Respectfully submitted,

                                 **/s/Thomas Puleo, Esquire**
                                 Thomas Puleo, Esquire
                                 Brian C. Nicholas, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 825-6306  FAX (215) 825-6406