United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-14569-ref
Victor Sorial                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Cathleen          Page 1 of 2           Date Rcvd: Jan 19, 2017
                             Form ID: 138NEW         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
```
db              Victor Sorial,    3018-3024 Fairbanks Street,    Allentown, PA 18103-7028
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            #+National Penn,    236 Brodhead Road,    Bethlehem, PA 18017-8937
13075841       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     4161 Piedmont Parkway,    Greensboro, NC  27410)
13211363       +Bank of America,    7105 Corporate Dr,    PTX B 209,    Plano TX 75024-4100
13068331       +Bank of America Home Loans,    7105 Corporate Drive,    MSN PTX C 35,    Plano TX 75024-4100
13068334        Bank of America NA,    DE 5 023 03 04 Christiana III,    900 Samoset Dr,    Newark DE 19713-6002
13068333        Bank of America NA,    PO Box 15222,    Wilmington DE 19886-5222
13068332       +Bank of America NA,    7105 Corporate Drive,    PTX B 209,    Plano TX 75024-4100
13068330       +Bank of America NA,    c/o KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia PA 19106-1541
13075910       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     PO BOX 85520,    Richmond, VA  23285)
13075911       +CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
13068335        Capital One,    PO Box 30285,    Salt Lake City UT 84130-0285
13075909      #+Capital One,    Attn: Bankruptcy,    PO BOX 5253,    Carol Stream,    IL 60197-5253
13075912       +Chase Bankcard,    PO BOX 15298,    Wilmington,    DE 19850-5298
13068336        Chase Cards,    PO Box 94014,    Palatine IL 60094-4014
13068337       +Citi Bank,    100 Citibank Dr,    San Antonio TX 78245-3202
13260637       +Citi Card,    PO BOX 6241,    Sioux Falls, SD 57117-6241
13110119       +City of Allentown,    435 Hamilton Street, Room 215,    Allentown, PA 18101-1603
13068339        Home Depot,    PO Box 689055,    Des Moines IA 50368-9055
13075908        National Penn Bank,    Philadelphia & Reading Avenues,    Boyertown, PA  19512
13068340      #+National Penn Bank,    PO Box 547,    Boyertown PA 19512-0547
13068341       +PPl Electric Utilities,    2 N 9th St CPC GENN 1,    Allentown PA 18101-1179
13753893        Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
13075914       +TEK Collect, Inc.,    871 Park Street,    Columbus,    OH 43215-1441
13526613       +Wilmington Savings Fund Society, FSB, Et. al..,    500 Delaware Avenue 11th Floor,
                 Wilimington, Delaware 19801-7405
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jan 20 2017 02:47:43     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13172355       +E-mail/Text: bncmail@w-legal.com Jan 20 2017 02:47:39     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13075913        E-mail/Text: mrdiscen@discover.com Jan 20 2017 02:46:26     Discover,    PO BOX 15316,
                 Wilmington,    DE  19850
13068338        E-mail/Text: mrdiscen@discover.com Jan 20 2017 02:46:26     Discover Cad,    PO Box 6103,
                 Carol Stream IL 60197-6103
13158672       +E-mail/Text: bankruptcy@bbandt.com Jan 20 2017 02:46:44     National Penn Bank/ BB&T,
                 c/o BB&T Bankruptcy,    PO Box 1847,    Wilson,    NC 27894-1847
13170416        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 03:09:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13068342        E-mail/Text: bkrcy@ugi.com Jan 20 2017 02:48:31     UGI Utilities,    PO Box 15523,
                 Wilmington DE 19886-5523
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BB&T Bankruptcy
cr              Shellpoint Mortgage Servicing
cr              Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-4           User: Cathleen              Page 2 of 2                   Date Rcvd: Jan 19, 2017
                               Form ID: 138NEW             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              BARTON   KNOCHENMUS    on behalf of Debtor Victor   Sorial knochenmuslaw@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee
               for BCAT 2014-9TT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Victor Sorial
        Debtor(s)                        Bankruptcy No: 13−14569−ref

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                        For The Court

                                        Timothy B. McGrath
                                        Clerk of Court

Dated: 1/19/17