Certificate Number: 14912-PAE-DE-028744414

Bankruptcy Case Number: 13-14569



14912-PAE-DE-028744414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 10, 2017</u>, at <u>10:07</u> o'clock <u>AM EST</u>, <u>Victor Sorial</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 10, 2017</u>          By:      <u>/s/Jai Bhatt</u>

Name:   <u>Jai Bhatt</u>

Title:   <u>Counselor</u>